# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163072(66)

PETERSEN FINANCIAL, LLC,
          Plaintiff-Appellee,

v                                                               SC: 163072
                                                                COA: 350208
                                                                Kent CC: 16-011820-CH
CITY OF KENTWOOD,
          Defendant-Appellant
and

KENT COUNTY TREASURER,
          Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the Michigan Municipal League and the Government Law Section of the State Bar of Michigan to file a reply to plaintiff-appellee's response to its brief amicus curiae is GRANTED. The reply submitted on August 12, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2021



Clerk